**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JACOBO CAMPILLO-RAMIREZ, | No. 18-72698 |
| Petitioner, | Agency No. A205-157-930 |
| v. | |
| ROBERT M. WILKINSON, Acting Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 9, 2021**
San Francisco, California

Before: McKEOWN, IKUTA, and BRESS, Circuit Judges.

Jacobo Campillo-Ramirez, a native and citizen of Mexico, seeks review of

the decision of the Board of Immigration Appeals (BIA) that affirmed the decision

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

of the immigration judge (IJ) denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Campillo-Ramirez did not establish past persecution on account of political opinion because he did not establish a nexus between the beating he suffered while in the military and a protected ground. *See* 8 U.S.C. § 1231(b)(3)(A); *Singh v. Barr*, 935 F.3d 822, 827 (9th Cir. 2019) (per curiam). Campillo-Ramirez did not establish a clear probability of future persecution on account of his membership in the particular social group of "former military members," because he failed to carry his burden of showing that it would not be reasonable for him relocate. 8 C.F.R. § 1208.16(b)(3)(i)–(ii). Accordingly, substantial evidence supports the BIA's rejection of his claim for withholding of removal based on future persecution, 8 C.F.R. § 1208.16(b)(2).

**PETITION DENIED.**